**SO ORDERED.**

**TIFFANY & BOSCO** P.A.

Dated: April 26, 2010



2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-03745

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-BK-02976-RTB |
| David L. Miller, | Chapter 7 |
| Debtor. | ORDER |
| Wells Fargo Bank, N.A., | (Related to Docket #8) |
| Movant, | |
| vs. | |
| David L. Miller, Debtor, Jill H. Ford, Trustee. | |
| Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated and recorded in the office of the Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and David L. Miller has an interest in, further described as:

PARCEL NO. 1:

The West 165 feet of Lot 11, of BUCKEYE RANCHOS, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 83 of Maps, page 38.

PARCEL NO. 2:

An easement for well-site over the North 20 feet of the East 20 feet of the West 330 feet of Lot 11, of BUCKEYE RANCHOS, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 83 of Maps, page 38.

PARCEL NO. 3:

An easement for waterline over the North 10 feet of the East 330 feet of the West 495 feet of Lot 11, of BUCKEYE RANCHOS, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 83 of Maps, page 38.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.